UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 22-CR-62-KKC-MAS-1    At  Lexington    Date  November 8, 2022

USA vs. Casey Scott Armstrong    X present  X custody ___ bond ___ OR  Age ___

DOCKET ENTRY:  Proceedings held as noted. There were no objections to the Presentence Report. The Court adopts the Presentence Report and guidelines as calculated. The Court heard a victim impact statement from the Guardian of Minor Victim #1. There were no objections to the sentence as stated. The Motion for Downward Variance (DE #27) is DENIED for reasons more fully stated on the record.

PRESENT:  HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | none | Elaine Haberer | Mary Lauren Melton |
|---|---|---|---|
| Deputy Clerk | Interpreter | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft:  Benjamin D. Allen    x  present    ___ retained    x  appointed

PROCEEDINGS: **SENTENCING (Non-Evidentiary)**

___    Objection to Presentence.

 x     No objections to Presentence Report.

 x     The Court advised the defendant of his appellate rights.

 x     Transcript shall be deemed as written findings of Court.

 x     Judgment shall be entered (See Judgment & Commitment.)

___    Defendant to remain on release.

 x     Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk: gld
TIC: 27 min